Clarence W. Hughes, Master in Chancery, for use of John Hood, Appellee, v. New England Casualty Company, now known as New England Equitable Insurance Company of Boston, Massachusetts, Appellant.

## (Not to be reported in full.)

Appeal from the Circuit Court of Coles county; the Hon. WALTER BREWER, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Action by Clarence W. Hughes, master in chancery of Coles county Circuit Court, who sues for use of John Hood, plaintiff, against the New England Casualty Company, now known as New England Equitable Insurance Company of Boston, Massachusetts, defendant. The facts, herein, except as to the principal in the bond and amount thereof, are identical with those in *Hughes v. Chicago Bonding & Surety Co., ante,* p. 628, which case disposes of the present one.

WILKERSON, CASSELS & POTTER and CRAIG & KINZEL, for appellant.

HARRY P. COFER and ALBERT C. and BEN F. ANDERSON, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.